## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 7    Proceeding** |
| | ) | |
| **Patricia A. Damiata** | ) | **Case No. 10-31019-lmw** |
| Debtor | ) | |
| | ) | **Doc. I.D. No. 10** |
| **Green Tree Servicing LLC** | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Patricia A. Damiata** | ) | |
| **and Barbara H. Katz, Trustee** | ) | |
| Respondent | ) | |

### ORDER GRANTING MOTION FOR RELIEF

After notice and a hearing, <u>see</u> Bankruptcy Code Section 102(1), on Green Tree Servicing LLC, (hereafter, the "Movant"), <u>Motion for Relief from the Automatic Stay</u>, (hereafter, the "Motion")  Doc. I.D. No. 10:

    **IT IS HEREBY ORDERED** that the Motion is Granted to the extent that the automatic stay of 11 U.S.C. § 362(a) is modified to permit the Movant, its designated servicing agent, and/or its successors and assigns to commence, continue, and prosecute to judgment a foreclosure action and otherwise exercise its rights, if any, with respect to real property known as **1674 E Renegade Trl, Queen Creek, Arizona** in accordance with applicable state law, and

    **IT IS FURTHER ORDERED** that the Movant, its designated servicing agent, and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement, including accepting a deed in lieu of foreclosure from the Debtor.  The Movant or its designated servicing agent may contact the Debtor via telephone or written correspondence to offer such an agreement.  In the event the Debtor receives a discharge, any such agreement shall be non-recourse against the Debtor unless included in a reaffirmation agreement.

   IT IS **FURTHER** ORDERED that the 14-day stay under Fed.R.Bankr.P. 4001 (a)(3) is not applicable and the Movant may immediately enforce and implement this order.

   No deficiency judgment shall be enforced without the further order of the court (unless this case is dismissed).

Dated: May 19, 2010              BY THE COURT

                      Lorraine Murphy Weil
                      Chief United States Bankruptcy Judge

In Full Compliance SCP
kvk